

# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

**DENNIS R. LAFIURA**
Attorney At Law

*Mail To:* P.O. Box 1945  Morristown, NJ  07962
*Deliver To:* 200 Campus Drive  Florham Park, NJ  07932
T: (973)966-8068  F: (973)966-1015
dlafiura@daypitney.com

May 19, 2008

**VIA FACSIMILE**

[Handwritten annotation: So Ordered. The court will conduct the telephone conference on May 21, 2008 at 11:00 a.m. Day Pitney will set-up the phone call. Contact your adversary. Peter G. Sheridan 5/19/08]

Honorable Peter G. Sheridan
United States District Court
  for the District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ  07102

    Re:   Liberty Lincoln-Mercury, Inc., et al. v. Ford Motor Company
          Civil Action No. 02-4146(PGS)

Dear Judge Sheridan:

    In accordance with my telephone conversation of earlier today with Deputy Clerk Dolores Hicks, I am writing on behalf of counsel for all the parties in response to the Court's May 16 notice scheduling a settlement conference in this case for this Wednesday, May 21, at 11:00 a.m. For the reasons that follow, counsel are of the view that a settlement conference at this point is extremely unlikely to be useful and, therefore, request that it be canceled or adjourned.

    As Your Honor knows, Ford's appeal from the entry of the preliminary injunction in this matter is pending before the Third Circuit, which has indicated that oral argument will be scheduled between June 24 and June 27. In addition, Magistrate Judge Salas has been actively managing this case. The last conference before Judge Salas was held on April 28, and resulted in the entry of the enclosed Case Management Order. As Your Honor will see, Judge Salas' Order requires certain discovery to go forward, while other aspects of discovery have been stayed pending resolution by the Third Circuit of the pending appeal.

    The issues that have divided the parties and made settlement virtually impossible, including what the parties have described as the "pass on" issue, remain unresolved. Moreover,

**dP DAY PITNEY** LLP

Honorable Peter G. Sheridan
May 19, 2008
Page 2

discovery on damages is both incomplete and, with respect to certain topics, stayed. Given these circumstances, counsel respectfully request that the settlement conference be canceled or adjourned.

Respectfully yours,

*[signature]*

Dennis R. LaFiura

DRL/mbg
Enclosure
cc:   Stephen R. Knox, Esq. (w/enc.) (via facsimile)
      Carla W. McMillian, Esq. (w/enc.) (via facsimile)
      Jennifer M. Rubin, Esq. (w/enc.) (via facsimile)